**Opinion issued August 23, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00308-CV

————————————

**SP REAL ESTATE MGMT & HOME BUYERS LLC,
D/B/A HOUSTON PROPERTY ACQUISITIONS, Appellant**

**V.**

**JEFFREY TERNOIS, INDIVIDUALLY, AND TRANSIT EXPRESS INC.,
Appellees**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Case No. 2017-20310**

---

## MEMORANDUM OPINION

Appellant, SP Real Estate Mgmt & Home Buyers LLC, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject

to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.